James Frederick Cheney and Jane Cheney, Appellants, v. Ceasar Garibaldi and Aurelia Garibaldi, Appellees.

Gen. No. 45,518. 

John W. Daly, for appellants; William C. Iwert, and Arthur Abraham, for appellees. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.